Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Plaintiff

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| STROMER/SOUTHWEST MEDICAL & ORTHOPEDICS, LLC, | Case No. 2:13-bk-18727-GBN |
| Debtor. | **Adv. No. 2:15-ap-00942-GBN** |
| REORGANIZED STROMER/SOUTHWEST MEDICAL & ORTHOPEDICS, LLC, | **COMPLAINT** |
| Plaintiff, | |
| v. | |
| PINNACLE TRANSPLANT TECHNOLOGIES, | |
| Defendant. | |

Reorganized Stromer/Southwest Medical & Orthopedics, LLC ("Plaintiff"), by and through its counsel undersigned, and pursuant to 11 U.S.C. §§ 542 and 548, hereby alleges as an for its Complaint against PINNACLE TRANSPLANT TECHNOLOGIES ("Defendant") as follows:

1.      This Court has subject matter jurisdiction over this adversary proceeding, which arises under the Bankruptcy Code, and arises in and relates to a case under the Bankruptcy Code

in the United States Bankruptcy Court for the District of Arizona, Case No. 2:13-bk-18727-GBN, under 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding under 28 U.S.C. § 157(b)(2)(E).

3. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409(a).

4. On October 28, 2013 (the "Petition Date"), Stromer/Southwest Medical & Orthopedics, LLC filed a Voluntary Petition for Relief Under Chapter 11 of the U.S. Bankruptcy Code in this Court.

5. On August 14, 2015, the Court entered an Order Confirming the First Amended Plan of Reorganization.

### Count I – 11 U.S.C. § 542 - Turnover

6. Plaintiff incorporates the allegations contained in paragraphs 1-8 as though fully set forth herein.

7. The Debtor's records and filings with the Bankruptcy Court reflect Defendant received payments totaling $105,000.00 (the "Payments") from Debtor. There are no records supporting Defendant's entitlement to these monies.

8. Demand has been made upon the Defendant for recovery of these amounts, and the Defendant has refused to make payment.

WHEREFORE, Plaintiff requests the following:

A. For recovery of all sums due from Defendant pursuant to 11 U.S.C. § 542, in an amount no less than$105,000.00;

B. All fees and costs to be assessed against the Defendant; and

C. Such other and further relief as is just and proper.

. . .

. . .

2

**Count II − 11 U.S.C. § 548 − Avoidance of Fraudulent Transfer**

9. Plaintiff incorporates the allegations contained in paragraphs 1-8 as though fully set forth herein.

10. The Debtor received less than a reasonably equivalent value in exchange for the Payments received by Defendant.

11. The Debtor was either insolvent at the time the Defendant received the Payments or became insolvent as a result of the Payments.

12. After the Debtor made the Payments, the Debtor was left with an unreasonably small capital to remain in business.

WHEREFORE, Plaintiff requests the following:

A. Avoidance of the Payments, pursuant to 11 U.S.C. § 548;

B. All fees and costs incurred herein; and

C. Such other and further relief as is just and proper.

DATED this 3rd day of December, 2015.

MICHAEL W. CARMEL, LTD.

/s/ *Michael W. Carmel* (007356)
Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Attorney for Plaintiff

3